No# 10-15-00004-CR
In the
Court of Criminal Appeals

Antarius Demon Ashley
-vs-
State of Texas

From APPEAL No# 10-15-00004-CR
Trial Cause No# 14-00152-CRF-85

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

First motion for extension of time to File
Pet for Discretionary Review.

To the Honor Judges of The "Court of Criminal Appeals."
come now, Antarius Demon Ashley, Petitioner and files this motion
for an extension of (60) sixty days in which to file a "Petition
for Discretionary Review." In support of this motion, appellant shows
the court the following:

## I.

The petitioner was convicted in the 85th District court of Brazos Co.
Texas. of the offense of Robbery in cause No.# 14-00152, styled
(State of Texas-vs- Antarius Demon Ashley). The, Petitioner appealed
to the "Court of tenth Court of Appeals", Supreme Judicial District,
Waco Texas.
The case was (affirmed) on September 24, 2015.

①

## II.

The present deadline for filing the "Petition for Discretionary Review" is (30 days). The Petitioner has not not requested prior to this request.

## III.

"Petitioners" Request for an extension is based on the following facts:

1. Petitioner was not affirming his case until (9-29-2015). "Reason stated" is that, defendant is currently Incarcerated in a (penal Institution) and had to received the communication bymail. And after receiving notice Petitioner had been ship out of chain and has not proper use are contact the the law library.

2. His attorney on the (direct Appeal) Mary Hennessy, Bar No.# 09472300 has informed the Petitioner that she will not be representing him on the "Petition For Discretionary Review".

## IV.

Out of an abundance of caution, and as a practical matter, everything Appurtenant to "Tx. R. App. Proc." Rules (10.5 (b)), (49.8) is contained in this motion for "First motion for extension of Time to File: Petition For Discretionary Review".

Where fore, Petitioner prays that this court Grants this motion and extend the (deadline) for filing the "Petition For Discretionary Review" In case no# 10-15-60004-CR.

Mr. Antonius Demon Ashley
Tx. Dept. Crim. Justice
"French Robertson" Unit
(TDCJ)-I.D.# 1971304
Abilene, Tx. 79601

(2.)

## Certificate of Service

I certify that a (First Motion for Extention of time to file a Petition for Discretionary Review), has been forward by U.S. mail to Abel Acosta "Clerk" court of criminal appeals at P.O. Box 12308, Capitol Station, Austin Texas 78711 on this day of November 2, 2015.

Mr. Antorio D. Ashley
Petitioner, Pro SE


I Antorius De'mon Ashley (TDCJ # 1971304) being presently Incarcerated in the "French Robertson Unit" of the (Tx. Dept. of Crim. Jus). In Abilene, Texas, verify and declare under penalty of prejury that the fore going statements are true and correct. Executed on this the November, day of 2, 2015.

Mr. Antorius D. Ashley
Petitioner Pro SE
(TDCJ)-ID# 1971304
Abilene, Tx. 79601

③